## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN DALE OLD CHIEF,<br><br>Defendant. | CR 16-73-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

### I.  Synopsis

Defendant Ryan Dale Old Chief (Old Chief) has been accused of violating the conditions of his supervised release.  Old Chief admitted the alleged violation. Old Chief's supervised release should be revoked.  Old Chief should be placed in custody for 6 months, with 32 months of supervised release to follow.

### II.  Status

Old Chief pleaded guilty to Sexual Abuse of a Minor on January 17, 2017. (Doc. 23).  The Court sentenced Old Chief to 40 months of custody, followed by 5 years of supervised release.  (Doc. 32).  Old Chief's current term of supervised release began on May 3, 2021.  (Doc. 57 at 2).

**Petition**

The United States Probation Office filed a Petition on May 21, 2021, requesting that the Court revoke Old Chief's supervised release. (Doc. 57). The Petition alleged that Old Chief had violated the conditions of his supervised release by using methamphetamine.

**Initial appearance**

Old Chief appeared before the undersigned for his initial appearance on June 1, 2021. Old Chief was represented by counsel. Old Chief stated that he had read the petition and that he understood the allegations. Old Chief waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on June 1, 2021. Old Chief admitted that he had violated the conditions of his supervised release by using methamphetamine. The violation is serious and warrants revocation of Old Chief's supervised release.

Old Chief's violation is a Grade C violation. Old Chief's criminal history category is III. Old Chief's underlying offense is a Class C felony. Old Chief could be incarcerated for up to 24 months. Old Chief could be ordered to remain

2

on supervised release for up to 38 months, less any custody time imposed.  The
United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

## III.  Analysis

Old Chief's supervised release should be revoked.  Old Chief should be
incarcerated for 6 months, with 32 months of supervised release to follow.  This
sentence is sufficient but not greater than necessary.

## IV.  Conclusion

The Court informed Old Chief that the above sentence would be
recommended to United States District Judge Brian Morris.  The Court also
informed Old Chief of his right to object to these Findings and Recommendations
within 14 days of their issuance.  The Court explained to Old Chief that Judge
Morris would consider a timely objection before making a final determination on
whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Ryan Dale Old Chief violated the conditions of his supervised release
> by using methamphetamine.

The Court **RECOMMENDS:**

> That the District Court revoke Old Chief's supervised release
> and commit Old Chief to the custody of the United States Bureau of
> Prisons for 6 months, with 32 months of supervised release to follow.

3

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 2nd day of June, 2021.

John Johnston
United States Magistrate Judge