IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN DALE OLD CHIEF, <br><br> Defendant. | CR-16-73-GF-BMM <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 18, 2023. (Doc. 108.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 17, 2023. (Doc. 104.) The United States accused Ryan Dale Old Chief, (Old Chief) of violating his

conditions of supervised release 1) by using methamphetamine on two separate occasions; 2) by failing to successfully complete is sex offender treatment program; 3) by possessing a psychoactive substance; 4) by knowingly having contact with a child under the age of 18; and ; 5) by failing to maintain full-time employment. (Doc. 103.)

At the revocation hearing, Old Chief admitted to having violated the conditions of his supervised release 1) by using methamphetamine on two separate occasions; 2) by failing to successfully complete is sex offender treatment program; 3) by possessing a psychoactive substance; 4) by knowingly having contact with a child under the age of 18; and ; 5) by failing to maintain full-time employment. (Doc. 104.) Judge Johnston found that the violations Old Chief admitted prove serious and warrant revocation of his supervised release and recommends a sentence of 1 year and 1 day, with no supervised release to follow. (Doc. 108.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 108) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Ryan Dale Old Chief be sentenced to the Bureau of Prison for 1 year and 1 day, with no supervised release to follow.

DATED this 21st day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court